.

MELISSA WILEY WARD
1396 SHIVERS RD
PINOLA, MS 39149


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


AMEX
PO BOX 297871
FORT LAUDERDA, FL 33329


BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850


CITI
PO BOX 6004
SIOUX FALLS, SD 57117-6004


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130


KATHY SULLIVAN
1396 SHIVERS RD
PINOLA, MS 39149


US BK CACS
ATTN: BANKRUPTCY
PO BOX 5229
CINCINNATI, OH 45201