

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    Melissa Wiley Ward, Debtor | Case No. 25-02665-KMS |
| | CHAPTER 7 |

### AGREED ORDER GRANTING LIMITED STAY RELIEF

On the Motion to Lift Stay with Limitation (Dk# 11) filed by the Debtor, the Court has been informed that the Trustee and Debtor have reached an agreement, and that the relief requested is appropriate. It is therefore:

**IT IS HEREBY ORDERED AND ADJUDGED THAT** pursuant to 11 U.S.C. § 362(a), the automatic stay, if any, is modified for cause (see 11 U.S.C. § 362(a), (b), (c)) to allow an action to proceed in the Twenty-First Judicial District Court in the Parish of Tangipahoa, Louisiana with respect to; (1) the dissolution of marriage, (2) the right to alimony, maintenance and/or support from property that is not property of the bankruptcy estate, and (3) determination of and equitable division of marital property.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** the automatic stay shall remain in full force and effect and this Court shall reserve exclusive jurisdiction with respect to; (1) enforcement of a judgment from the Chancery Court to the extent it affects property of the bankruptcy estate, and (2) approval and entry of any consensual property settlement agreement.

#END OF ORDER#

AGREED BY:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/ Derek A. Henderson |
| Thomas C. Rollins, Jr. (MSBN 103469) | Chapter 7 Case Trustee |
| Jennifer A Curry Calvillo (MSBN 104367) | |
| The Rollins Law Firm, PLLC | |
| P.O. Box 13767, Jackson, MS 39236 | |
| ATTORNEY FOR DEBTOR | |